IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AFEEZ ALI,

     Appellant,

v.

Case No.  5D22-2075
LT Case No. 2005-CF-00331

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 13, 2022

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Afeez Ali, South Bay, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.